MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:   F. JAMES LOPREST, JR. (FJL-3210)
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

WANG, MEI YU (A#95-461-574); ZHANG, MIN XING (A#95-461-575); CHAN, MING QI (A#78-225-073); and ZHU, MEI MEI (A#77-309-529),

                              Plaintiffs,

                - v. -

MICHAEL B. MUKASEY, Attorney General of the United States, et al.,

                             Defendants.

------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

08 Civ. 2509 (TPG)

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
        August __, 2008

By: _____
YEE LING POON, ESQ.
Attorney for Plaintiffs
11 East Broadway, 5th Floor
New York, NY 10038
(212) 385-4575

Dated: New York, New York
        August __, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
Tel. No.: (212) 637-2728

SO ORDERED:

_____
HON. THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE

2008v00849     8/20/08